IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD MINER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 09-cv-254-MJR |
| ) | |
| LISA J. HOLLINGSWORTH, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**IT IS ORDERED** that Petitioner Gerald Miner shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: September 28, 2009.

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Annie McGraw
Deputy Clerk

APPROVED:   s/ Michael J. Reagan
Michael J. Reagan
United States District Judge