# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GERALD MINER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-254-MJR** |
| | ) | |
| **LISA J.W. HOLLINGWORTH,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This action comes before the Court on Petitioner's motion to reconsider the decision to deny

him leave to proceed *in forma pauperis* on appeal (Doc. 16). After careful consideration, the motion

to reconsider (Doc. 16) is **DENIED**.

**IT IS SO ORDERED**.

**DATED this 1st day of March, 2010.**


                                        s/ Michael J. Reagan
                                        **MICHAEL J. REAGAN**
                                        **United States District Judge**